UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH PIRELA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| V. | ) **CASE NO. 5:14-CV-323-D** |
| | ) |
| STATE OF FLORIDA, ANGEL MIRANDA, DENIS FONSECA, DAVID COUNTIN, DON SMITH, JOHN EDWARDS, CITY OF MIAMI, THOMAS WILLIAMS, ILEANA ROS-LEHTINEN, CARLOS ALVAREZ, ALOYMA SANCHEZ, MERCEDES ALEMAN, ETHIEL HERNANDEZ CALDERON, OLAIDA VILLALOBOS, IRVIN GONZALEZ, BERNANDO ROMAN, ALL DEFENDANTS in CASE No. 16-CV-24631, MIAMI DEPARTMENT OF CHILDREN AND FAMILIES, JACKSON HOSPITAL, ATTORNEY GENERAL, Miami Florida, | ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Pirela's applications to proceed in forma pauperis [D.E. 1, 8] are GRANTED, and Pirela's complaint is DISMISSED as frivolous. Pirela's motions to amend and for names [D.E. 7], to strike [D.E. 9], for discovery [D.E. 10], for an extension of time [D.E.11], to clear [D.E. 14] and to strike [D.E. 15] are DENIED.

**This Judgment Filed and Entered on June 5, 2017, and Copies To:**

Joseph Pirela                         (Sent to Hotel Rossel Inn, 4315 8 St., Apt. 5,
                                      Miami, FL 33135 via United States Mail)


DATE:                                 PETER A. MOORE, JR., CLERK

June 5, 2017                          (By)  /s/ Nicole Briggeman
                                      Deputy Clerk